FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 3 2004

JAMES W. McCORMACK, CLERK
By:_____
             DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:04CR00239 ~~WRW~~ JMM |
| | ) | |
| v. | ) | |
| | ) | Title 21, U.S.C., § 841(a)(1), 843(b), 846 |
| BARRY ALLEN WEATHERFORD, | ) | Title 18, U.S.C., § 2 |
| MARK STEPHEN FOUTS, | ) | Title 18, U.S.C., § 922(g)(1) |
| DANIEL JAVIER JIMINEZ, | ) | Title 18, U.S.C., § 924(c) |
| a/k/a Danny, | ) | Title 18, U.S.C., § 1956(a)(3)(A), (B) |
| ZACHARY WOODSON PATE, | ) | Title 18, U.S.C., § 1956(h) |
| LISA MICHELLE DUNAWAY, | ) | Title 21, U.S.C., § 853(p) |
| a/k/a Lisa Weatherford, | ) | Title 18, U.S.C., § 3013 and 3571 |
| CHRIS L. ALEXANDER, | ) | Title 18, U.S.C., § 982 |
| JOSE MENDIOLA, | ) | |
| ASTRID CARINA MENDIOLA, | ) | |
| a/k/a Carrie | ) | |
| ALEJANDRO GUTIERREZ GARCIA, | ) | |
| a/k/a Alex Garcia, | ) | |
| MARCOS ANTONIO PONCE, and | ) | |
| DAVID GUTIERREZ ISLAS | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute Marijuana)

*A. THE CHARGE*

1. From in or about 1996 through on or about October 1, 2004, in the Eastern District of Arkansas, and elsewhere,

BARRY ALLEN WEATHERFORD,
MARK STEPHEN FOUTS,
DANIEL JAVIER JIMINEZ,
a/k/a Danny,
ZACHARY WOODSON PATE,
LISA MICHELLE DUNAWAY,
a/k/a Lisa Weatherford,

**CHRIS L. ALEXANDER,**
**JOSE MENDIOLA,**
**ALEJANDRO GUTIERRREZ GARCIA,**
**a/k/a Alex Garcia,**
**MARCOS ANTONIO PONCE, and**
**DAVID GUTIERREZ ISLAS**

knowingly and intentionally conspired with each other and with other persons known and unknown to the Grand Jury to distribute and to possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and that during the course of this conspiracy, 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana was involved.

As part of this conspiracy and to accomplish its objects, the conspirators committed the following overt acts among others, in the Eastern District of Arkansas, and elsewhere:

a. On or about May 10, 2001, **LISA MICHELE DUNAWAY**, a/k/a Lisa Weatherford, was in possession of approximately $15,000 in U.S. currency representing drug-related proceeds in Fayetteville, North Carolina.

b. On or about September 28, 2004, **MARK STEPHEN FOUTS** accepted $750.00 in U.S. currency as partial payment for marijuana that had been delivered on credit by **BARRY ALLEN WEATHERFORD** on or about September 24, 2004, in the Eastern District of Arkansas.

c. On or about April 4, 2003, **JOSE MENDIOLA, DAVID ISLAS, MARCUS ANTONIO PONCE,** and **CHRIS L. ALEXANDER** while armed with firearms, kidnaped three individuals at 6906 Arch Street, Little Rock, Arkansas, in an effort to collect payment for marijuana that had been provided on credit but not paid for.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about September 24, 2004, in the Eastern District of Arkansas,

**BARRY ALLEN WEATHERFORD**

knowingly and intentionally utilized a communication facility, to wit: a telephone, in causing and facilitating the commission of a felony, to wit: the delivery of marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 3

On or about September 24, 2004 in the Eastern District of Arkansas,

**BARRY ALLEN WEATHERFORD**

did knowingly and intentionally distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

On or about September 28, 2004, in the Eastern District of Arkansas,

**BARRY ALLEN WEATHERFORD**

knowingly and intentionally utilized a communication facility, to wit: a telephone, in causing and facilitating the commission of a felony, to wit: the delivery of marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 5

On or about September 30, 2004, in the Eastern District of Arkansas,

**MARK STEPHEN FOUTS**
and
**BARRY ALLEN WEATHERFORD,**

3

aiding and abetting one another, did knowingly and intentionally distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 6

On or about September 28, 2004, in the Eastern District of Arkansas,

**MARK STEPHEN FOUTS**
and
**BARRY ALLEN WEATHERFORD,**

aiding and abetting one another, conducted a financial transaction affecting interstate commerce, involving property represented to be the proceeds of a specified unlawful activity, to wit: the illegal sale of controlled substances as alleged in Count 1 of this Superseding Indictment, with the intent to promote the carrying on of drug trafficking, in violation of Title 18, United States Code, Sections 1956(a)(3)(A) and (B) and 2.

## COUNT 7

That in or about September, 2004, in the Eastern District of Arkansas,

**MARK STEPHEN FOUTS**
and
**BARRY ALLEN WEATHERFORD**

knowingly possessed, used, carried, and discharged a firearm, to wit: a handgun, during and in relation to the drug trafficking offense, and in furtherance of such offense, as charged in Count 1 of this Superseding Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

4

## COUNT 8

On or about October 1, 2004, in the Eastern District of Arkansas,

**BARRY ALLEN WEATHERFORD,**
**MARK STEPHEN FOUTS,**
**DANIEL JAVIER JIMINEZ,**
**a/k/a Danny, and**
**ZACHARY WOODSON PATE**

aiding and abetting one another, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and that 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana was involved.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 9

From on or about September 1, 2004, through on or about October 1, 2004, in the Eastern District of Arkansas and elsewhere,

**BARRY ALLEN WEATHERFORD**
**and**
**MARK STEPHEN FOUTS,**

conspired with each other to conduct a financial transaction affecting interstate commerce, involving property represented to be the proceeds of specified unlawful activity, to wit: United States currency, with the intent to promote the drug trafficking activity as set forth in Count One of this Superseding Indictment, affecting interstate commerce, all in violation of Title 18, United States Code, §§ 1956(a)(3)(A).

All in violation of Title 18, United States Code, Section 1956(h).

5

## COUNT 10

On or about October 1, 2004, in the Eastern District of Arkansas,

**DANIEL JAVIER JIMINEZ,**
**a/k/a Danny, and**
**ZACHARY WOODSON PATE,**

during and in relation to drug trafficking crimes alleged in Counts 1 and 8 of this Superseding Indictment, and in furtherance of such crimes, possessed one or more of the following firearms, to wit:

one Glock-23, .40 caliber, SN FLZ145;

one Mossberg Model 500A 12 gauge shotgun with pistol grip;

one Long Tom single barrel shotgun, SN 117777;

one Stevens single shot shotgun;

one Infield 303 bolt action rifle, SN M26733;

one Glenfield Model 25, .22 caliber bolt action, SN 23788647;

one Mossberg Model 151K .22 caliber semi-automatic rifle with engraving TX5160144;

one Sig Saber P-245, .45 caliber, SN C012894;

one Lorain .380 caliber model L380, SN 284650;

one Glock 22, .40 caliber, SN BEN999US; and

one Roger Model 1022, .22 caliber, SN 25672652;

each of which had been shipped in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 924(c) and 2.

## COUNT 11

On or about October 1, 2004, in the Eastern District of Arkansas,

## DANIEL JAVIER JIMINEZ,

having previously been convicted of the crime of Violation of the Arkansas Uniform Controlled Substance Act on February 9, 1998, in the Circuit Court of Phillips County, Arkansas, First Division, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more of the following firearms, to wit:

one Glock-23, .40 caliber, SN FLZ145;

one Mossberg Model 500A 12 gauge shotgun with pistol grip;

one Long Tom single barrel shotgun, SN 117777;

one Stevens single shot shotgun;

one Infield 303 bolt action rifle, SN M26733;

one Glenfield Model 25, .22 caliber bolt action, SN 23788647;

one Mossberg Model 151K .22 caliber semi-automatic rifle with engraving TX5160144;

one Sig Saber P-245, .45 caliber, SN C012894;

one Lorain .380 caliber model L380, SN 284650, with holster;

one Glock 22, .40 caliber, SN BEN999US; and

one Roger Model 1022, .22 caliber, SN 25672652;

each of which had been shipped in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 12

On or about October 1, 2004, in the Eastern District of Arkansas,

## BARRY ALLEN WEATHERFORD,

having previously been convicted in Case No. CR-97-1575 in the Circuit Court of Pulaski County, Arkansas, Seventh Division, for fleeing on September 15, 1997, in Case No. CR-97-2518; possession of a controlled substance and possession of a counterfeit substance on September 15, 1997 in the Circuit Court of Pulaski County, Arkansas, Seventh Division; and lastly, Case No. CR-97-2633, terroristic threatening in the first degree, on September 15, 1997 in the Circuit Court of Pulaski County, Arkansas, Seventh Division, crimes punishable by imprisonment for a term exceeding one year, did knowingly possess one or more of the following firearms, to wit:

one A391 3.5 Beretta 12 gauge shotgun (loaded), SN AG005072;

one Sig Sauer P228 9mm w/2 magazines (loaded), SN B106612;

one Sig Saber P229 .40 caliber w/2 magazines (loaded), SN AF12857;

one Biretta 3032 Tomcat .32 caliber semi-automatic pistol (loaded), SN DAA268047;

one RAX 98 30.06 rifle, SN 5368;

one Winchester Model 1300 Defender shotgun 12 gauge, SN L3348761;

one Star Inter Arms Magister .45 caliber w/magazine (loaded), SN 2028312;

one Taurus Millennium PT 145, .45 caliber w/1 magazine (loaded), SN NVJ84791;

one Roger P89 9mm w/1 magazine (loaded), SN 309-17802; and

one Lorain Model L25 .22 caliber w/1 magazine (loaded), SN 304077;

each of which had been shipped in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 13

(Conspiracy to Distribute Cocaine Hydrochloride)

1. From in or about 1996 through on or about October 1, 2004, in the Eastern District of Arkansas, and elsewhere,

**BARRY ALLEN WEATHERFORD,**
**LISA MICHELLE DUNAWAY,**
**a/k/a Lisa Weatherford,**
**CHRIS L. ALEXANDER, and**
**JOSE MENDIOLA**

conspired with others known and unknown to the Grand Jury to possess with intent to distribute cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and that during the course of this conspiracy, more than five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine hydrochloride was involved, to wit: at least fifty (50) kilograms of cocaine hydrochloride but less than one hundred fifty (150) kilograms of cocaine hydrochloride.

All in violation of Title 21, United States Code, Section 846.

## COUNT 14

On or about April 4, 2003, in the Eastern District of Arkansas,

**CHRIS L. ALEXANDER,**
**JOSE MENDIOLA,**
**MARCOS ANTONIO PONCE, and**
**DAVID GUTIERREZ ISLAS,**

aiding and abetting one another, knowingly possessed, used, carried, and discharged a firearm, to wit: a handgun, during and in relation to the drug trafficking offense as alleged in Count 1 of this Superseding Indictment, and in furtherance of such offense, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

9

## COUNT 15

On or about April 9, 2003, in the Eastern District of Arkansas and elsewhere,

**JOSE MENDIOLA,**

conducted a financial transaction involving property represented to be the proceeds of specified unlawful activity, to wit: the payment of $ 1,000 in United States currency for previously-supplied marijuana ,with the intent to promote the drug trafficking activity as set forth in Count One of this Superseding Indictment, affecting interstate commerce, all in violation of Title 18, United States Code, §§ 1956(a)(3)(A).

## COUNT 16

On or about April 23, 2003, in the Eastern District of Arkansas and elsewhere,

**MARCOS ANTONIO PONCE**
**ASTRID CARINA MENDIOLA,**
**a/k/a CARRIE MENDIOLA**
**JOSE MENDIOLA,**

aiding and abetting one another, conducted a financial transaction involving property represented to be the proceeds of specified unlawful activity, to wit: the payment of $ 1,000 in United States currency for previously-supplied marihuana , with the intent to promote the drug trafficking activity as set forth in Count One of this Superseding Indictment, affecting interstate commerce, all in violation of Title 18, United States Code, §§ 1956(a)(3)(A) and 2.

## COUNT 17

(Conspiracy to launder drug proceeds)

1.  The Grand Jury realleges Counts 1, 15 and 16 of this Superseding Indictment as set forth herein.

2.  From on or about April 9, 2003, through on or about April 23, 2003, in the Eastern

10

District of Arkansas and elsewhere,

**MARCOS ANTONIO PONCE**
**ASTRID CARINA MENDIOLA,**
**a/k/a Carrie Mendiola, and**
**JOSE MENDIOLA,**

conspired with one another to conduct a financial transaction affecting interstate commerce, involving property represented to be the proceeds of a specified unlawful activity, to wit: the illegal sale of controlled substances as alleged in Count 1 of this Superseding Indictment, with the intent to promote the carrying on of drug trafficking, and to conceal, disguise the nature, source, ownership and control of property believed to be the proceeds of the illegal sale of controlled substances, in violation of Title 18, United States Code, Sections 1956(a)(3)(A) and (B).

All in violation of Title 18, United States Code, §§ 1956(h).

**FORFEITURE ALLEGATION ONE**

(Drug Trafficking Forfeiture Allegation)

Upon conviction of the controlled substances offenses alleged in Counts 1-5, 8, and 13 of this Superseding Indictment,

**BARRY ALLEN WEATHERFORD,**
**MARK STEPHEN FOUTS,**
**DANIEL JAVIER JIMINEZ,**
**a/k/a Danny,**
**ZACHARY WOODSON PATE,**
**LISA MICHELLE DUNAWAY,**
**a/k/a Lisa Weatherford,**
**CHRIS L. ALEXANDER,**
**JOSE MENDIOLA,**
**ALEJANDRO GUTIERREZ GARCIA,**
**a/k/a Alex Garcia,**
**MARCOS ANTONIO PONCE, and**
**DAVID GUTIERREZ ISLAS**

shall forfeit to the United States, pursuant to Title 21, United States Code, § 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations, and any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the said violations, including but not limited to the following:

1. <u>REAL PROPERTY</u>

    A. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements located at 6906 Arch Street, Little Rock, Arkansas 72206; and

    B. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements located at 7709 Woodhaven Drive, Little Rock, Arkansas 72209;

If any of the above described forfeitable property, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value, or

    e. Has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, § 853(p) to seek

forfeiture of any property of Defendants

**BARRY ALLEN WEATHERFORD,**
**MARK STEPHEN FOUTS,**
**DANIEL JAVIER JIMINEZ,**
a/k/a Danny,
**ZACHARY WOODSON PATE,**
**LISA MICHELLE DUNAWAY,**
a/k/a Lisa Weatherford,
**CHRIS L. ALEXANDER,**
**JOSE MENDIOLA,**
**ALEJANDRO GUTIERREZ GARCIA,**
a/k/a Alex Garcia,
**MARCOS ANTONIO PONCE, and**
**DAVID GUTIERREZ ISLAS**

up to the value of the forfeitable property described above.

**FORFEITURE ALLEGATION TWO**
(Money Laundering Forfeiture Allegation)

Upon conviction of one or more of the financial offenses alleged in Counts 15 through 17 this Superseding Indictment,

**MARCOS ANTONIO PONCE**
**ASTRID CARINA MENDIOLA,**
a/k/a **CARRIE MENDIOLA, and**
**JOSE MENDIOLA**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1) the following property:

A. All right, title, interest in all property involved in each offense in violation of Title 18, United States Code, §§ 1956, or conspiracy to commit such offense in which the defendant is convicted, and all property traceable to all property including the following:

    1. All money or other property that was the subject of each transaction, transportation, transmission, or transfer in violation of § 1956;

    2. All commissions, fees, or other property constituting proceeds obtained as a result

of those violations; and

3.   All properties used in any manner or part or to facilitate the commission of those violations, including but not limited to the following property;

REAL PROPERTY

A.   All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements located at 6906 Arch Street, Little Rock, Arkansas 72206; and

B.   All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements located at 7709 Woodhaven Drive, Little Rock, Arkansas 72209

2.   A sum of money equal to the total amount involved in each offense or conspiracy to commit each offense for which

**MARCOS ANTONIO PONCE**
**ASTRID CARINA MENDIOLA,**
**a/k/a CARRIE MENDIOLA, and**
**JOSE MENDIOLA**

is convicted. If more than one defendant is convicted of the offense, the defendants so convicted are jointly and severally liable for the amount involved in such an offense.

Pursuant to Title 21, United States Code, § 853(p), as incorporated by Title 18, United States Code, § 982(b), each defendant shall forfeit substitute property up to the value of the amount described above, if, by any act or omission of the defendant, the property described in paragraph one, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; or has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled

14

with any other property which cannot be divided without difficulty.

All in accordance with Title 18, United States Code, § 982(a)(1) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

H. E. (BUD) CUMMINS
UNITED STATES ATTORNEY

KEVIN T. ALEXANDER
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, Arkansas 72203